IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| David Medina, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Premier CC, an unknown business entity, *et al.*,<br><br>Defendants. | CASE NO. 2:19-cv-02091-JFW-PLAx<br><br>**ORDER GRANTING STIPULATION FOR PARTIAL DISMISSAL WITH PREJUDICE (L.R. 7-1)** |

The Court, having read and considered the Stipulation for Partial Dismissal with Prejudice (L.R. 7-1) and finding good cause for it, hereby ORDERS that the Stipulation be GRANTED. The Court finds the parties' settlement is fair. Plaintiff's claims against PreCC, Inc. (including its John and Jane Does) are dismissed with prejudice.

Plaintiff's claims against Qualtek USA, LLC (including its John and Jane Does) remain pending.

**IT IS SO ORDERED:**

May May 7, 2019

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE