ALAN HARRIS (SBN 146079)
harrisa@harrisandruble.com
DAVID GARRETT (SBN 160274)
dgarrett@harrisandruble.com
MIN JI GAL (SBN 311963)
mgal@harrisandruble.com
**HARRIS & RUBLE**
655 North Central Avenue 17th Floor
Glendale, California 91203
Telephone: 323.962.3777
Facsimile: 323.962.3004

Attorneys for Plaintiff
David Medina

**FOX ROTHSCHILD LLP**
Yesenia M. Gallegos, State Bar No. 231852
ygallegos@foxrothschild.com
Andrew W. Russell, State Bar No. 280669
arussell@foxrothschild.com
10250 Constellation Blvd., Suite 900
Los Angeles, CA 90067
Telephone: 310-598-4150
Facsimile: 310-556-9828

Attorneys for Defendant,
QUALTEK USA, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Medina, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>  v.<br><br>Premier CC, an unknown business entity; Qualtek USA, LLC, and Does 1-10, inclusive,<br><br>      Defendants. | Case No. 2:19-cv-02091-JFW-PLA<br>*Assigned to Hon. John F. Walter*<br><br>**ORDER GRANTING STIPULATED REQUEST FOR APPROVAL OF SETTLEMENT AND REQUEST FOR DISMISSAL**<br><br>Complaint Filed: February 20, 2019<br>Complaint Removed: March 20, 2019 |

**TO ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The Court, having read and considered the Stipulated Request for Approval of Settlement and Request for Dismissal filed by Plaintiff David Medina ("Plaintiff") and Defendant Qualtek USA, LLC ("Qualtek"), and finding good cause, hereby orders that the Requests are GRANTED.

The Court further orders as follows:

1. The settlement between Plaintiff and Qualtek is fair and reasonable, and is hereby approved;

2. Plaintiff's individual claims against Qualtek are hereby dismissed with prejudice (i.e., first, second, third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, twelfth, and thirteenth causes of action);

3. Plaintiff's eleventh cause of action against Qualtek for penalties under the California Private Attorneys General Act is hereby dismissed without prejudice; and

4. The case is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: May 14, 2019

                                                      Hon. John F. Walter